# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Brian Hill and Melissa Hill, et al.
vs.
Wells Fargo Bank, N.A., d/b/a Wells Fargo Home Mortgage, et al.

Case Number: 1:12-cv-07240

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, WELLS FARGO BANK, N.A.

| | |
|---|---|
| NAME (Type or print) | |
| Lucia Nale | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Lucia Nale | |
| FIRM | |
| MAYER BROWN LLP | |
| STREET ADDRESS | |
| 71 SOUTH WACKER DRIVE | |
| CITY/STATE/ZIP | |
| CHICAGO, ILLINOIS 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6201684 | 312/782-0600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

American LegalNet, Inc.
www.USCourtForms.com